FILED
CLERK, U.S. DISTRICT COURT

3/5/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00100-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(C): Distribution of Cocaine Base in the Form of Crack Cocaine] |
| JASON LEE ROACHE, aka "DBO," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about January 14, 2020, in Los Angeles County, within the Central District of California, defendant JASON ROACHE, also known as ("aka") "DBO," knowingly and intentionally distributed at least 28 grams, that is, approximately 31 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

Prior to committing the offense alleged in this Count, defendant ROACHE had been finally convicted of a serious drug felony as that term is defined and used in Title 21, United States Code, Sections

1  802(57), 841, and 851, namely, on or about January 30, 2012, in the
2  United States District Court for the Central District of California,
3  case number 11-CR-00562-DSF, defendant ROACHE was convicted of
4  Distribution of Cocaine Base in the Form of Crack Cocaine, in
5  violation of Title 21, United States Code, Section 841(a)(1),
6  (b)(1)(C), for which defendant ROACHE served a term of imprisonment
7  of more than 12 months.  Defendant ROACHE was released from a term of
8  imprisonment for that offense within 15 years of the commencement of
9  the offense alleged in this Count.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 23, 2020, in Los Angeles County, within the Central District of California, defendant JASON ROACHE, aka "DBO," knowingly and intentionally distributed cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

Prior to committing the offense alleged in this Count, defendant ROACHE had been finally convicted of a serious drug felony as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851, namely, on or about January 30, 2012, in the United States District Court for the Central District of California, case number 11-CR-00562-DSF, defendant ROACHE was convicted of Distribution of Cocaine Base in the Form of Crack Cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), for which defendant ROACHE served a term of imprisonment of more than 12 months.  Defendant ROACHE was released from a term of
///
///

imprisonment for that offense within 15 years of the commencement of the offense alleged in this Count.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized Crimes Section

AMY E. POMERANTZ
Assistant United States Attorney
Violent and Organized Crimes Section